**IT IS ORDERED as set forth below:**



Date:  March 13, 2019

_____

W. Homer Drake
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| In Re:<br>**WILLIAM CHARLES SHAFFER**<br>**and VIRGINIA LYNN SHAFFER,**<br>　　　　　　　　　　Debtors. | CHAPTER **7**<br><br>CASE NO. **18-12387-WHD** |
| **NATIONSTAR MORTGAGE LLC**<br>**D/B/A MR. COOPER,**<br><br>　　　　　　　　　　Movant,<br>V.<br><br>**WILLIAM CHARLES SHAFFER**<br>**and VIRGINIA LYNN SHAFFER,**<br>**Debtors**, and **THEO DAVIS MANN**,<br>Trustee,<br>　　　　　　　　　　Respondents. | CONTESTED MATTER |

**ORDER GRANTING RELIEF FROM STAY**

Movant's motion for relief from the automatic stay of 11 U.S.C. § 362(a) came on for hearing on March 7, 2019. Movant asserts that it properly served the Motion and notice of the hearing on the Respondents. No one filed a response or objection to the motion or appeared at

the hearing in opposition to the motion. The Court, having considered the motion and all other matters of record, has determined that relief from the automatic stay should be granted as set forth herein.

It is, therefore, ORDERED as follows:

1. The automatic stay of 11 U.S.C. § 362 terminated to permit Movant and its successors and assigns to assert and exercise all of their rights and remedies with regard to the property commonly known as 565 Eagles Nest Circle, Carrollton, GA 30116, more particularly described at Deed Book 5301, Page 378, Carroll County records ("the Property"), including, but not limited to, the institution and completion of foreclosure and dispossessory proceedings in accordance with applicable law and the collection of reasonable fees from the Property to the extent permitted by applicable law. The automatic stay is also terminated to the extent it prevents Movant from entering into a loan modification or other loss mitigation.

2. This Order does not determine any issues with regard to the amount or validity of the claim of the Movant, its successors or assigns, or any rights or interests of the Movant, its successors or assigns, the Debtors, or any other entity in the Property.

3. Upon the completion of any foreclosure sale prior to the closing of this case, if the proceeds of the sale exceed the amount to which the Movant is entitled, the Movant shall file a report showing the disposition of such excess in accordance with applicable law and shall pay to the Trustee in the case any amount otherwise due to the Debtors.

4. This Order shall be effective immediately, and the stay under Fed. R. Bankr. P. 4001(a)(3) shall not apply.

**END OF DOCUMENT**

*Signatures on following page*

Prepared by:
*/s/ Lucretia L. Scruggs*
Lucretia L. Scruggs
Georgia Bar No. 371008
Attorney for Movant
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346
(770) 220-2535

No Opposition:

*/s/ Theo Mann with express permission*
Theo Mann
Georgia Bar No. 469150
Chapter 7 Trustee
28 Jackson Street
P.O. Box 310
Newnan, GA 30264
(770) 253-2222

## **DISTRIBUTION LIST**

William Charles Shaffer
565 Eagles Nest Circle
Carrollton, GA 30116

Virginia Lynn Shaffer
565 Eagles Nest Circle
Carrollton, GA 30116

John T. Dufour
Van Pelt & Dufour
527 Newnan Street
Carrollton, GA 30117

Theo Davis Mann
28 Jackson Street
P.O. Box 310
Newnan, GA 30264

Shapiro Pendergast & Hasty, LLP
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346